UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH FULLER,<br>              Defendant. | 24-CR-181 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for a sentencing hearing with the Court on **July 26, 2024**, at **2:00 p.m.**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The defendant's sentencing submissions are due on July 12, 2024. The Government's sentencing submissions are due on July 19, 2024.

SO ORDERED.

Dated: April 10, 2024
       New York, New York

_____
DALE E. HO
United States District Judge