UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH FULLER,<br>      Defendant. | 24-CR-181 (DEH)<br><br>NOTICE AND<br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

  The sentencing hearing scheduled for September 12, 2024, at 11:00 a.m. will proceed as scheduled. The Parties are advised, however, that the Court does not intend to impose a sentence at that time. At the hearing, the Court will hear from counsel and all appropriate parties and will take all submissions under advisement. A continuance of the sentencing hearing shall take place on **September 20, 2024,** at **12:00 p.m.**

  SO ORDERED.

Dated: September 9, 2024
   New York, New York

                  DALE E. HO
                 United States District Judge