# DAVID K. BERTAN
**ATTORNEY AT LAW**
41 EAST 11ᵀᴴ STREET, 11ᵀᴴ FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

September 10, 2024

*Via ECF*

Hon. Dale E. Ho, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

    **Re:**     USA v. Joseph Fuller
              24-cr-181 (DEH)

Dear Judge Ho:

    I represent Mr. Fuller. This letter motion is in response to the Court's scheduling order regarding sentencing. While I am available on September 12 for sentencing, I will be on trial from September 16 through at least October 1, 2024 before the Hon. P. Kevin Castel. Accordingly, I am requesting that sentencing be adjourned to a date in mid-October. The Government does not object to this request.

                                            Very truly yours,

                                            David K. Bertan

cc:     AUSA Jennifer Ong
          Maximilen De Hoop Cartier (via legal mail)

---

**Endorsement:**

Application **GRANTED.** The sentencing hearings previously scheduled for September 12, 2024, and September 20, 2024, are adjourned until **October 18, 2024 at 2:00 p.m.** The Clerk of Court is respectfully requested to close ECF No. 46.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: September 10, 2024
New York, New York