# DAVID K. BERTAN
**ATTORNEY AT LAW**
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

September 27, 2024

*Via ECF*

Hon. Dale E. Ho, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

           Re:    USA v. Joseph Fuller
                    24-cr-181 (DEH)

Dear Judge Ho:

      I represent Mr. Fuller. Mr. Fuller is scheduled to be sentenced at 2 PM on Friday, October 18, 2024. Unfortunately, I have a religious observance that afternoon, and would not make it in time if the sentencing is at 2 PM. Instead, I am respectfully requesting that the sentencing be moved back one day, to October 17, where I am available all day. That date is also acceptable to the Government. Thank you in advance for your consideration.

Very truly yours,

David K. Bertan

cc:    AUSA Catherine Ghosh

Application **GRANTED.** The sentencing hearing previously scheduled for October 18, 2024, shall be rescheduled to **October 17, 2024, at 2:00 p.m.** Defendant's sentencing submission(s) shall be due by October 3, 2024. The Government's sentencing submission(s) shall be due by October 10, 2024.

The Clerk of Court is respectfully requested to close ECF No. 48.

**SO ORDERED.**

                                      DALE E. HO
                       United States District Judge
Dated: September 27, 2024
                          New York, New York