UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | 24-CR-181 (DEH) |
| JOSEPH FULLER, | ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

On August 27, 2025, the Court received a filing that contains personal identifying information. A redacted version of the document will be filed on the docket. An unredacted version of the document will be maintained in the vault under seal.

SO ORDERED.

Dated: August 28, 2025
New York, New York

_____
DALE E. HO
United States District Judge

1