UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Judgment Creditor,

   v.                                                No. 24 CR 181 (DEH)

JOSEPH FULLER,                              **TURNOVER ORDER**

           Judgment Debtor,

and

THE CITY OF NEW YORK DEFERRED
COMPENSATION PLAN,

           Third-Party Respondent.

WHEREAS, on October 24, 2024, the Court entered judgment against JOSEPH FULLER and ordered him to pay a $100 special assessment and $37,800 in restitution to the victim of his crime;

WHEREAS, to date, Fuller has paid his $100 special assessment and $3,386.28 toward his restitution, leaving an unpaid balance, including accrued interest at the rate of 4.28%, of $35,769.82;

WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all property and rights to property of Fuller, notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

WHEREAS, pursuant to 18 U.S.C. § 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States served a restraining notice on the City of New York Deferred Compensation Plan ("NYCDCP") for substantial nonexempt property belonging or due to Fuller;

WHEREAS, on August 20, 2025, NYCDCP answered that it holds approximately $12,276, subject to market fluctuation, in a 457 Plan account belonging to Fuller;

WHEREAS the United States served Fuller with the restraining notice including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a), and its motion for turnover order;

WHEREAS Fuller has a substantial nonexempt interest in the funds held by NYCDCP, to which the criminal judgment lien has attached, and the restrained funds are subject to turnover;

IT IS HEREBY ORDERED that NYCDCP shall liquidate securities as needed to pay to the Clerk of Court the full liquidated value of the nonexempt 457 Plan account it has in its possession, custody, or control belonging to or due the defendant-judgment debtor, JOSEPH FULLER. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (affirming garnishment of retirement funds, holding that "the only property exempt from [18 U.S.C. § 3613] is that which the government could not reach for the payment of federal income taxes").

Payment should be made by cashier's check or certified funds to "Clerk of Court" with "No. 24 CR 181" written on the face of the payment and mailed to:

United States District Court
500 Pearl Street, Room 120
New York, New York 10007
Attn: Cashier

Dated: New York, New York
      September 30, 2025

SO ORDERED

_____
DALE E. HO
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to close ECF No. 59.